UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      CRIMINAL NO. 21-20204

v.                                    HON. BERNARD FRIEDMAN

D-1 JOSEPH HARRIS,

    Defendant.

_____/

## Defendant's Acknowledgment of Indictment

I, JOSEPH HARRIS, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:  Up to 15 years, a $250,000 fine, or both.
Count Two: Not less than 7 years consecutive to any other sentence, up to Life.

*Joseph Harris* by ANDREW DENSEMO
Joseph Harris
Defendant

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

*Andrew Densemo*
Counsel for Defendant Joseph Harris

Dated: