MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

HARRIS, Joseph                                      Crim. No.:  21-CR20204-01

On 01/09/2026 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision.  The issues of the violations/were heard in Court on 02/04/2026, and the Court made the following findings:

  X   Guilty of violating conditions of supervision.  The following special conditions of supervision are added.

"You must reside in a residential reentry center (RRC) for a period of 60 days. You must follow the rules and regulations of the center. Costs to be waived."

"You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Treatment should be focused on addressing grief."

The following special condition is to be removed.
"You must participate in a cognitive-behavioral treatment program (Trauma Focused CBT and/or Moral Reconation Therapy (MRT) and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).Such programs may include education, group therapy, and structured exercises, led by a probation officer who is a certified facilitator."

Respectfully submitted,

s/DeAndre M. Caldwell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 5th Day of February, 2026.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge