UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 21-cr-20204
Hon. Matthew F. Leitman

v.

JOSEPH HARRIS,

Defendant.

______________________________________________/

**ORDER FOR RELEASE FROM CUSTODY:**

During a supervised release violation hearing held on August 31, 2026, Defendant Joseph Harris' term of supervised release was continued. Therefore, **IT IS HEREBY ORDERED** that the Order of Detention is cancelled, and the Defendant be immediately released from the custody of the United States Marshals Service. Upon release from custody by the Marshals, Defendant shall immediately report to his probation officer to begin his time on home confinement as he awaits placement in a Residential Re-entry Center as ordered by this Court. However, if, upon release from custody by the Marshals, Defendant is taken into custody by state or local officials on a warrant issued by another court, then upon later release from that state or local custody, Defendant shall report to his probation officer in this Court

within 24 hours so that he may begin his time on home confinement as he awaits placement in a Residential Re-entry Center as ordered by this Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126