MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

HARRIS, Joseph

Crim. No.: 21CR20204-01

On August 3, 2026, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervised release. The issues of the violations were heard in Court on August 31, 2026. HARRIS admitted guilt to violations two, three, four, five and six. HARRIS denied guilt to violations one and seven. The Government chose not to proceed with violations one and seven at this time. The Court made the following findings:

_X_ The following special conditions of supervision are added:

"You must reside in a residential reentry center (RRC) for a period of 180 days. You must follow the rules and regulations of the center. Subsistence is waived."

"You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Treatment should be focused on addressing grief."

"You must not communicate, or otherwise interact with S.H., either directly or through someone else, without first obtaining the permission of the probation officer"

"You must submit to location monitoring as directed by the supervising officer and comply with all of the program requirements and instructions provided for up to 30 days or when a bed becomes available at the residential reentry center (RRC). Costs of the program shall be waived. Location monitoring technology as directed by the probation office or supervising officer. Home confinement: You are restricted to your residence at all times, except for medical necessities and court appearances or other activities specifically approved by the court."

The following special condition is to be removed.

"You must reside in a residential reentry center (RRC) for up to 180 days. You must follow the rules and regulations of the center. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards."

Respectfully submitted,

s/DeAndre M. Caldwell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 31st Day of August, 2026.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge